UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**United States of America**

Plaintiff(s)

Case No.: 17-120

v.

Real Estate Located at 15-17 Hewitt Street, Providence, Rhode Island

Defendant(s)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, **Jason Knight**, am a member in good standing of the bar of this Court. I am moving for the admission of Attorney **Scott F. Gleason** to appear *pro hac vice* in this case as counsel for Julie DeLeo and Interested party in Real Estate Located at 15-17 Hewitt Street in Providence, Rhode Island.

I certify that I have reviewed the below information provided by the prospective admittee. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

LOCAL COUNSEL:

| | |
|---|---|
| Jason Knight | *(signature)* |
| *Name* | *Signature* |
| 7329 | 10/18/2017 |
| *Bar Number* | *Date* |
| The Law Office of Jason Knight | 401-865-6075 |
| *Firm/Agency* | *Telephone Number* |
| One Turks Head, Suite 1440 | 866-413-1869 |
| *Address* | *Fax Number* |
| Providence, RI  02903 | jason.knight@jasonnknightlaw.com |
| *City, State, Zip Code* | *E-mail Address* |

### To be completed by the Prospective Admittee

I am a member in good standing of the bar of every state and federal court to which I have been admitted, and my eligibility to practice before those courts has not been restricted in any way *(list courts below.)*

| State or Federal Court | Admission Date | State or Federal Court | Admission Date |
|---|---|---|---|
| United States Appeals Court Federal | 01/10/1994 | Massachusetts | 12/01/1980 |
| | | | |
| | | | |
| | | | |

## To be completed by the Prospective Admittee

*If you answer yes to any of the below questions, you must provide a full explanation as an attachment.*

| Question | YES | NO |
|---|---|---|
| Have you ever been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys? | ✓ | |
| Are there any disciplinary proceedings pending against you at this time? | | ✓ |
| Has your *pro hac vice* status ever been revoked by any court? | | ✓ |
| Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime? | | ✓ |
| Are there any criminal charges pending against you at this time? | | ✓ |

## Certification and Signature

For the purpose of this case, I have associated with local counsel identified in this motion, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I understand my obligation to notify this Court of any changed circumstances that affect my answers to the questions contained within this motion.

I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it. I hereby certify that the foregoing is true and correct.

Respectfully submitted,

PROSPECTIVE ADMITTEE:

Scott F. Gleason
*Name*

Gleason Law Offices, P.C.
*Firm/Agency*

163 Merrimack Street
*Address*

Haverhill, MA 01830
*City, State, Zip Code*

[Signature]
*Signature*

978-521-4044
*Telephone Number*

978-521-3738
*Fax Number*

maria@gleasonlawoffices.com
*E-mail Address*

# AFFIDAVIT OF SCOTT F. GLEASON

I, Scott F. Gleason, under oath, do hereby depose and state the following:

1. My name is Scott F. Gleason.
2. I am a member of the Bar of The Commonwealth of Massachusetts.
3. I am a member in good standing in the above-named Bar and the United States District Court for the District of Massachusetts.
4. I belong to the Massachusetts and Haverhill Bar Associations.
5. In 2010 the Massachusetts Board of Bar Overseers brought a disciplinary proceeding against met. The matter was resolved pursuant to a Stipulation of the Parties waiving hearing and requesting that the matter be resolved by the imposition of a public reprimand which issued on December 28, 2012. The nature of the allegations involved a civil case which came into the firm in 2002 and was assigned by me to a subordinate. Subsequently, the case fell through the cracks and was not prosecuted by the office in a timely and professional manner. When the clients made me aware of the problem, I immediately accepted full and complete responsibility for same.

Signed this ___ day of October, 2017 under the pains and penalties of perjury.

Scott F. Gleason

## COMMONWEALTH OF MASSACHUSETTS

On this 18th day of October, 2017 before me personally appeared Scott F. Gleason known to me to be the person who executed the foregoing document, and acknowledged that he executed the same as his free act and deed,

Before me, _____
Notary Public
My Commission Expires: 8/20/21